Ronald Domian
Reg. 20115-068  *  P.O. Box  1000  *  Cumberland, MD  21501

October 4, 2004

The Honorable Maurice Cohill Jr.
United States District Judge
Western District of Pennsylvania
633 U.S. Post Office and Courthouse
Pittsburgh, PA  15219

   Re: <u>United States v. Ronald Domian</u>
    **Case No. CR-02-15-007 Erie**

Dear Judge Cohill:

  On September 8, 2004, I filed an opposition to the government's response to my § 2255 petition. After that filing I gathered an additional evidence as to the counsel's failure to raise the appropriate objection to the PSR's criminal history calculation which directly impacts the arguments.

  I was assessed criminal history reports for two summary violations that clearly do not meet the criteria under section 4A1.1(c) (sentencing Guideline Manual). The first was for summary harassment Case No. 2830 of 2000 Erie County Court, sentenced to 90 days probation. The second was for criminal mischief (summary offense) case No. 2036 2002, sentenced to $ 150.00 fine.

  These additional 2 criminal history points placed me in category III instead of II. Resulting in my sentence being greater than the appropriate sentencing guidelines. Since the criminal history calculation was clearly incorrect under 4A1.1(c), it must be assumed that an appropriate correction would have been made had my counsel raised the objection.

             Sincerely,

             Ronald Domian

cc. Paul Thompson, AUSA (w/ encl.)
   files

```
2000 - 02830 DOMIAN RONALD

Init. Issuing Auth...  00012    LEWIS DENISE STUCK    ID# 06306
Docket No. Init Auth.  CR - 0000132 - 00

Pre-Sentence Invest..
Trial Commenced Date.  0/00/0000
Trial Judge..........
Sentence/ARD Date....  5/09/2001
Effect. Date of Snt..  0/00/0000
Superior Court #.....

Filed/Reopened  Description         Disposition     Disposition Code
  10/10/2000    INITIAL FILING      5/09/2001        D   GUILTY PLEA


********************* ALIAS OR CO-DEFENDANT INFORMATION *********************
             Alias or Co-Defendant Name        Type         Case #



************************* CHARGE INFORMATION *****************************
     Date    Chrg Cnt Section     Sub    Grd Desc

   7/28/00 A    001 CC2701        A1     M2  SIMPLE ASSAULT
 Disposition Date........  0/00/0000
 Disposition Description.                                             WAV



************************* DOCKET ENTRY INFORMATION *************************
Case Type..: CRIMINAL               Case Action..: COMPLAINT

             - - - - - - - - - - - -  FIRST ENTRY  - - - - - - - - - - - - -
    7/28/00 BOND OF $2,500 10% POSTED BY ROBERT DODSWORTH
            -----------------------------------------------------------------
   10/10/00 CRIMINAL COMPLAINT FILE FROM D.J. OFFICE.
            -----------------------------------------------------------------
   11/22/00 INFORMATION FILED
            -----------------------------------------------------------------
   12/01/00 WAIVER OF ARRAIGNMENT FILED
            -----------------------------------------------------------------
    3/14/01 MOTION FOR CONTINUANCE FILED BY S TETUAN ESQ
            -----------------------------------------------------------------
    3/14/01 ORDER (DATED 3/8/01) MOTION FOR CONTINUANCE IS GRANTED TO THE NEXT
            TERM OF COURT S/J. BOZZA JUDGE
            -----------------------------------------------------------------
    5/09/01 DEFENDANT APPEARS IN COURT WITH HIS COUNSEL STEPHEN TETUAN, ESQ BEF
            ORE JUDGE STEPHANIE DOMITROVICH APPEARANCE SIGNED AND FILED DEFENDA
            NT'S STATEMENT OF RIGHTS SIGNED AND FILED THE DEFENDANT PLED GUILTY
             TO HARASSMENT ON COUNT 1 - SUMMARY
            CT. REPORTER -     A. MUSCARELLA
            -----------------------------------------------------------------
    5/09/01 DEFENDANT'S ACKNOWLEDGMENT OF POST-SENTENCING RIGHTS SIGNED AND
            FILED. STEPHANIE DOMITROVICH,JUDGE
            CT. REPORTER - A. MUSCARELLA
            -----------------------------------------------------------------
    5/09/01 ORDER OF PROBATION -
            CT.1;COSTS; 90 DAYS
            300 FINE
            DR. KOVAC'S PROGRAM
```

```
2002 - 02036 DOMIAN RONALD
```

------------------------------------------------------------------
```
   1/28/03 ORDER DATED 1-27-2003-IT IS ORDERED THAT A WRIT OF HABEAS CORPUS
           AD PROSEQUENDUM BE ISSUED, DIRECTED TO THE SHERIFF OF ERIE COUNTY
           AND DIRECTING THAT THE DEFENDANT BE BROUGHT BEFORE THIS COURT AND
           RETURNED TO THE ERIE COUNTY PRISON. ALL COSTS INCURRED WILL BE
           PAID BY THE COUNTY OF ERIE. JUDGE ERNEST DISANTIS
           ------------------------------------------------------------
   2/03/03 DEFENDANT APPEARS IN COURT WITH HIS COUNSEL/A ARDUINI, ESQ
           APPEARANCE FILED
           DEFENDANT'S STATEMENT OF RIGHTS FILED & SIGNED
           DEFENDANT PLEADS GUILTY TO CRIMINAL MISCHIEF (SUMMARY OFFENSE)
           BEFORE JUDGE ERNEST DISANTIS
           DEFENDANT'S ACK OF POST SENTENCE & APPELLATE RIGHTS FILED & SIGNED
           COURT REPORTER/G WOOSTER
           ------------------------------------------------------------
   2/03/03 SENTENCE - CT 1:  COSTS;  $150 FINE
           DISANTIS ERNEST J JR
           ------------------------------------------------------------
   2/04/03 FILE TAGGED FOR ELECTRONIC TRANSFER OF AOPC THIRD SHEET
           - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - -
```

************************* COSTS & FINES INFORMATION *************************
Case Type..: CRIMINAL
Case Action: COMPLAINT

| Description | Costs/Fines | Pd To Date | Amount Due | In Escrow | Last Pymt |
|---|---|---|---|---|---|
| AUTOMATION FEE | 5.00 | .00 | 5.00 | .00 | 0/00/0000 |
| COURT FEE | 23.34 | .00 | 23.34 | .00 | 0/00/0000 |
| USER FEE | 10.00 | .00 | 10.00 | .00 | 0/00/0000 |
| CLERKS FEE | 30.00 | .00 | 30.00 | .00 | 0/00/0000 |
| SCS FEE | 36.15 | .00 | 36.15 | .00 | 0/00/0000 |
| LOCAL FINES | 150.00 | .00 | 150.00 | .00 | 0/00/0000 |
| OFF F.E. ACT158 | 5.00 | .00 | 5.00 | .00 | 0/00/0000 |
| STATE COST | 6.33 | .00 | 6.33 | .00 | 0/00/0000 |
| H.B. 627 COST | 6.33 | .00 | 6.33 | .00 | 0/00/0000 |
| CVC COSTS | 15.00 | .00 | 15.00 | .00 | 0/00/0000 |
| CCC / VWS COST | 25.00 | .00 | 25.00 | .00 | 0/00/0000 |
| DVC COSTS | 10.00 | .00 | 10.00 | .00 | 0/00/0000 |
| JCS/ATJ FEE | 10.00 | .00 | 10.00 | .00 | 0/00/0000 |
| CONT SER SURG | 5.00 | .00 | 5.00 | .00 | 0/00/0000 |
| Cost/Fines Total | 337.15 | .00 | 337.15 | .00 | 0/00/0000 |
| Cash Bonds Total | .00 | .00 | .00 | .00 | |

```
                      --- End of Listing ---
```